FILED
2008 Aug-04  PM 01:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **LEONARD W. PFROMMER, an individual,** ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | **Civil Action No.:** **5:08-cv-01121-HGD** |
| **LVNV FUNDING, LLC; a Corporation;** ) **ALLIED INTERSTATE, INC., a** ) **Corporation,** ) ) | |
| **Defendants.** ) | |

### PLAINTIFF'S MOTION TO DISMISS THE CASE DUE TO SETTLEMENT

Comes now the plaintiff and respectfully requests that this Honorable Court dismiss this case with prejudice as the parties have resolved their differences.  Each party will bear its own costs and expenses.

Respectfully submitted this the 4th day of August, 2008,

/s/ John G. Watts
John G. Watts
Watts Law Group, P.C.
700 29th Street South, Suite 201
Birmingham, Alabama 35233
voice - 205-879-2447
fax - 888-522-7167
john@wattslawgroup.com

M. Stan Herring
M. Stan Herring
M. Stan Herring PC
700 29th Street South, Suite 201
Birmingham, Alabama 35233
voice - 205-714-4443
fax - 888-522-7167
msh@mstanherringlaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have emailed the document to the corporate counsel for defendant, Michael Bahner.

                /s/ John G. Watts
                **OF COUNSEL**