FILED
2008 Aug-29  PM 04:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **LEONARD W. PFROMMER,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| vs. ) | Case No. CV 08-HGD-1121-NE |
| ) | |
| **LVNV FUNDING, LLC, et al.,** ) | |
| ) | |
| **Defendants** ) | |

## DISMISSAL ORDER

Plaintiff has filed a Motion to Dismiss the Case Due to Settlement. (Doc. No. 7). It is ORDERED, ADJUDGED and DECREED that plaintiff's motion is GRANTED, and this action is DISMISSED with prejudice. Each party shall bear its own costs and expenses.

DONE this 29th day of August, 2008.

_____
United States District Judge